# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-4047
_____

|  |  |  |
|---|---|---|
| Clair A. Callan, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| George W. Bush, acting as President of | * | of Nebraska. |
| the United States, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: July 7, 2004
Filed: July 26, 2004
_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.
_____

PER CURIAM.

Clair A. Callan appeals the district court's[1] dismissal with prejudice of his injunctive-relief action. Upon careful review of the record, we conclude dismissal was proper for lack of jurisdiction. Accordingly, we affirm. See 8th Cir. R. 47A(a). We deny appellee's pending motion.

_____

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.